UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LAURENTINA LOPEZ | § |
| | § CIVIL ACTION NO. 5:25-CV-00108 |
| v. | § |
| | § JURY DEMANDED |
| ADHIKARI RADHIKA | § |

**JOINT NOTICE OF SETTLEMENT**

The parties notify the Court pursuant to SDTx LR 16.3 that all claims made in this case by Laurentina Lopez were settled after mediation on November 7, 2025. As a result, the parties suggest that the case be removed from the Court's trial calendar. The parties will file a joint stipulation of dismissal in the next thirty (30) days.

Counsel for Plaintiff:

S/Edward L. Ciccone

_____
Edward L. Ciccone
Attorney-In-Charge For Plaintiff
Texas Bar No. 04250550 / SDTX ID No. 82519
LAW OFFICES OF EZEQUIEL REYNA, Jr., P.C.
702 W. Expressway 83, Suite 100 / Weslaco, Texas 78596
Phone (956) 968-9556 / Fax (956) 969-0492
edwardlciccone@aol.com & elciccone@mail.com

Counsel For Defendant:

S/Larry J. Goldman

_____
Larry J. Goldman
Attorney-In-Charge For Defendant
Texas Bar No. 08093450 / SDTX ID No. 341
Julian R. Dominguez
Texas Bar No. 24107755 / SDTX ID No. 3529934
GOLDMAN & PETERSON, PLLC
10100 Reunion Place, Suite 800 / San Antonio, Texas 78216
Phone (210) 340-9800 / Fax: (210) 340-9888
Larry@LJGLaw.com
Julian@LJGLaw.com